Opinion filed August 12,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00169-CV

                                                    __________

 

                           CLIFF
WADDELL, II, ET AL, Appellants

 

                                                             V.

 

                                          JUDY
HARDY, Appellee



 

                                   On
Appeal from the 35th District Court

 

                                                           Brown
County, Texas

 

                                                 Trial
Court Cause No. CV0412495

 



 

                                            M
E M O R A N D U M   O P I N I O N

             The
parties have filed a joint motion to dismiss the appeal.  In their motion, the
parties state that all matters in controversy have been compromised and
settled.  The motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM

August 12, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.